# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANNE HUCKINS,<br><br>    Plaintiff<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant | Case No. 1:19-cv-00075-JD |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Anne Huckins and Defendant Life Insurance Company of North America, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and hereby are dismissed with prejudice. Each party shall bear her or its own costs, attorney's fees, and expenses of litigation.

Dated:  March 27, 2019

| | |
|---|---|
| */s/ Christopher G. Roundy*<br>Christopher G. Roundy<br>Bar No. 17753<br>cgroundy@gmail.com<br><br>**ROUNDY LAW OFFICES PA**<br>52 Littleworth Rd.<br>Dover, NH  03820<br>603-743-4800<br><br>*Attorney for Plaintiff* | */s/ Byrne J. Decker*<br>Byrne J. Decker<br>Bar No. 9300<br>b.decker@ogletreedeakins.com<br><br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>2 Monument Square, 7th Floor<br>Portland, ME  04101<br>207-387-2963<br><br>*Attorneys for Defendant*<br>*Life Insurance Company of North America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Byrne J. Decker
Byrne J. Decker